```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

JENKINS LAW GROUP
Jeffrey E. Jenkins, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor
```

| In Re:<br><br>Gerald Bernard,<br>debtor | Case No.: | 24-19133 |
|---|---|---|
| | Adv. No.: | |
| | Hearing Date: | 1/7/25 @ 9 AM |
| | Judge: | ABA |

## CERTIFICATION OF SERVICE

1. I, _____Michele Lavin_____ :

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for ___Jeffrey E. Jenkins___, who represents the ___Debtor(s)___ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On _____12/18/24_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Motion to Vacate Dismissal

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __12/18/2024__                            /s/ Michele Lavin_____
                                                 Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>Chapter 13 Trustee<br>535 Route 39, Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| Gerald Bernard<br>69 Dawson Dr.<br>Bridgeton, NJ 08302 | Debtor | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>☑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| Flagstar/Lakeview Loan Servicing<br>4425 Ponce De Leon Blvd Mail Stop Ms5/251<br>Coral Gables, FL 33146 | Creditor | ❑ Hand-delivered<br>☑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |