Form ntcrics − ntcreincsv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 24−19133−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gerald T. Bernard
   aka Gerald Thomas Bernard, aka Gerald
   Bernard Sr
   69 Dawson Dr
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−0938

Employer's Tax I.D. No.:

---

## NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE

   Notice is hereby given that an order vacating dismissal of this case was entered on 1/14/25. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

   The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: January 16, 2025
JAN: as

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 24-19133-ABA
Gerald T. Bernard     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Jan 16, 2025     Form ID: ntcrics     Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerald T. Bernard, 69 Dawson Dr, Bridgeton, NJ 08302-4109 |
| 520392676 | + | FlagstarLakeview Loan Servicing, co KML Law Group, Attn Michael T McKeever Esq, 701 Market St Ste 5000, Philadelphia PA 19106-1541 |
| 520392677 | + | FlagstarLakeview Loan Servicing, 4425 Ponce De Leon Blvd Mail Stop Ms5251, Coral Gables FL 33146-1837 |
| 520392678 | + | Inspira Health, PO Box 981028, Boston MA 02298-1028 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 16 2025 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 16 2025 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520392674 | | Email/Text: bankruptcy@pepcoholdings.com | Jan 16 2025 20:55:00 | Atlantic City Electric, PO Box 17006, Wilmington DE 198507006 |
| 520400212 | + | Email/Text: bankruptcy@pepcoholdings.com | Jan 16 2025 20:55:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520392675 | + | Email/Text: legal-dept@cooperhealth.edu | Jan 16 2025 20:56:00 | Cooper University Hospital, 1 Cooper Plz, Camden NJ 08103-1489 |
| 520451918 | + | Email/Text: servicingmailhub@flagstar.com | Jan 16 2025 20:55:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520392679 | | Email/Text: mail@jjenkinslawgroup.com | Jan 16 2025 20:54:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 24-19133-ABA    Doc 29    Filed 01/18/25    Entered 01/19/25 00:17:59    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 16, 2025 | Form ID: ntcrics | Total Noticed: 11 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jan 18, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Gerald T. Bernard mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5