**JENKINS LAW GROUP**
Jeffrey E. Jenkins, Esquire
412 White Horse Pike
Audubon, New Jersey 08106
(856) 546-9696
Attorney for Debtor

| | |
|---|---|
| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Gerald Bernard, debtor | CHAPTER 13 CASE NO.: 24-19133-ABA |
| | CERTIFICATION TO WITHDRAW |

I, Jeffrey E. Jenkins, Esquire, am an attorney at law, licensed to practice before this Court, and am authorized to make this certification:

1. On March 13, 2025, our office filed a Motion to Allow Debtor to Have Rescheduled 341 Hearing (Docket #31).

2. We respectfully request that this entry be withdrawn per the Trustee's Office's request.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  March 20, 2025

/s/ Jeffrey E. Jenkins
Jeffrey E. Jenkins, Esquire