Order Filed on May 6, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **JENKINS LAW GROUP**<br>Jeffrey E. Jenkins, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor |

| In Re: | Case No.: 24-19133 |
|---|---|
| Gerald Bernard,<br>Debtor(s) | Adv. No.: |
| | Hearing Date: 4/8/25 at 10:00 a.m. |
| | Judge: Altenburg |

## ORDER ALLOWING DEBTOR TO HAVE RESCHEDULED 341 HEARING

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 6, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Jenkins Law Group and the court having reviewed the motion and any opposition filed, and for good cause shown, it is,

**ORDERED** that:

1. The debtor be allowed to have a rescheduled 341 Hearing.
2. Debtor shall reschedule and attend a §341(a) Meeting of Creditors prior to the Confirmation hearing scheduled for May 28, 2025; and
3. In the event Debtor fails to reschedule and/or attend the rescheduled §341(a) Hearing prior to the next scheduled Confirmation hearing, Debtor's case shall be immediately dismissed upon the filing of a Certification of Non-Compliance by the Chapter 13 Trustee.