Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−19133−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gerald T. Bernard
   aka Gerald Thomas Bernard, aka Gerald
   Bernard Sr
   69 Dawson Dr
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−0938

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/28/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 28, 2025
JAN: as

                                                                                        Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-19133-ABA |
| Gerald T. Bernard | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 28, 2025 | Form ID: 148 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerald T. Bernard, 69 Dawson Dr, Bridgeton, NJ 08302-4109 |
| 520392677 | + | FlagstarLakeview Loan Servicing, 4425 Ponce De Leon Blvd Mail Stop Ms5251, Coral Gables FL 33146-1837 |
| 520392676 | + | FlagstarLakeview Loan Servicing, co KML Law Group, Attn Michael T McKeever Esq, 701 Market St Ste 5000, Philadelphia PA 19106-1541 |
| 520392678 | + | Inspira Health, PO Box 981028, Boston MA 02298-1028 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 28 2025 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 28 2025 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520392674 | | Email/Text: bankruptcy@pepcoholdings.com | Aug 28 2025 21:18:00 | Atlantic City Electric, PO Box 17006, Wilmington DE 198507006 |
| 520400212 | + | Email/Text: bankruptcy@pepcoholdings.com | Aug 28 2025 21:18:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520392675 | + | Email/Text: legal-dept@cooperhealth.edu | Aug 28 2025 21:19:00 | Cooper University Hospital, 1 Cooper Plz, Camden NJ 08103-1489 |
| 520451918 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2025 21:18:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520392679 | | Email/Text: mail@jjenkinslawgroup.com | Aug 28 2025 21:18:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 520640580 | ^ | MEBN | Aug 28 2025 21:16:19 | LAKEVIEW LOAN SERVICING, LLC, C/O M&T Bank as Servicer, P.O. Box 1288, Buffalo, NY 14240-1288, LAKEVIEW LOAN SERVICING, LLC, C/O M&T Bank as Servicer 14240-1288 |
| 520640579 | ^ | MEBN | Aug 28 2025 21:16:19 | LAKEVIEW LOAN SERVICING, LLC, C/O M&T Bank as Servicer, P.O. Box 1288, Buffalo, NY 14240-1288 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Gerald T. Bernard mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net |
| Joni L. Gray | on behalf of Trustee Andrew B Finberg jgray@standingtrustee.com  jgrayecf@gmail.com;grayjr39848@notify.bestcase.com |
| Richard Abel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7