Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                            Case No.:  24−19133−ABA
                            Chapter:  13
                            Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gerald T. Bernard
   aka Gerald Thomas Bernard, aka Gerald
   Bernard Sr
   69 Dawson Dr
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−0938

Employer's Tax I.D. No.:

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>December 5, 2025</u>
                                  <u>Andrew B. Altenburg Jr.</u>
                                  Judge, United States Bankruptcy Court